CLOSED

# U.S. District Court
## Eastern District of Kentucky (Lexington)
## CRIMINAL DOCKET FOR CASE #: 5:23−mj−05098−MAS All Defendants

Case title: USA v. Nickerson

Date Filed: 03/15/2023

Date Terminated: 03/16/2023

Assigned to: Magistrate Judge
Matthew A. Stinnett

**Defendant (1)**

**Richard Lee Nickerson, Jr.**
*TERMINATED: 03/16/2023*

represented by **Benjamin D. Allen**
Gess Mattingly & Atchison, P.S.C.
201 W. Short Street
Suite 102
Lexington, KY 40507
859−252−9000
Email: benallen@gmalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| SUPERVISED RELEASE VIOLATIONS FROM EASTERN DISTRICT OF MICHIGAN | |

**Plaintiff**

**USA**

represented by **Gary Todd Bradbury , AUSA**
U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300
Lexington, KY 40507−1612
859−685−4898
Fax: 859−233−2658
Email: Gary.T.Bradbury@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2023 | 1 | Rule 40/Rule 5(c) Documents as to Richard Lee Nickerson, Jr from Eastern District of Michigan. (Attachments: # 1 EDMI Docket Sheet)(KM) (Entered: 03/15/2023) |
| 03/15/2023 | | Conflict Check run. (KM) (Entered: 03/15/2023) |
| 03/15/2023 | | CJA Case Assignment by Clerk: APPOINTED CJA Attorney Benjamin D. Allen for Richard Lee Nickerson, Jr. cc: COR, USP, USM (KM) (Entered: 03/15/2023) |
| 03/15/2023 | | CLERK'S VIRTUAL NOTICE re: HEARING SCHEDULE as to Richard Lee Nickerson, Jr.: For a defendant in custody, defense counsel shall endeavor to meet with their client prior to the hearing to discuss any and all issues to be raised at the pending hearing. USMS shall, working with the relevant facility, ensure that defense counsel has access to the defendant at reasonable times and for reasonable periods. If this is not possible, a party may file a motion with the Court seeking Court guidance, if needed. INITIAL APPEARANCE – Rule 40 set for 3/16/2023 at10:00 AM in LEXINGTON before Magistrate Judge Matthew A. Stinnett.(KM) cc: COR, USM, USP, D (Entered: 03/15/2023) |
| 03/15/2023 | | Arrest of Richard Lee Nickerson, Jr (KM) (Entered: 03/15/2023) |
| 03/15/2023 | 3 | ORDER as to Richard Lee Nickerson, Jr: INITIAL APPEARANCE – Rule 40 RESCHEUDLED for 3/16/2023 at10:00 AM in LEXINGTON before Magistrate Judge Edward B. Atkins. Signed by Magistrate Judge Matthew A. Stinnett on 3/15/2023. (SLH)cc: COR,USM,USP,D (Entered: 03/16/2023) |
| 03/16/2023 | 4 | MINUTE ENTRY for INITIAL APPEARANCE IN RULE 5(c)(3) Proceedings as to Richard Lee Nickerson, Jr held on 3/16/23 before Magistrate Judge Edward B. Atkins: Financial Affidavit completed and filed in the record. Because the violations occurred in the Eastern District of Kentucky, Defendant was entitled to a preliminary hearing under Rule 31.2(a)(5)(B). Defendant reserved his right to a preliminary hearing for the Eastern District of Michigan. Additionally, the defendant reserved his right to a detention hearing for the Eastern District of Michigan. The Court ORDERS as follows: 1. Benjamin D. Allen is appointed to represent the Defendant under the Criminal Justice Act. 2. The Defendant concedes the arrest warrant was properly issued and he is the person identified in the arrest warrant. Thus, the defendant is committed to the Eastern District of Michigan under Rule 5(a)(5)(B). 3. The Court FINDS Defendant failed to carry his release burden under Rule 32.1(a)(6) and 18 U.S.C. § 3143(a). He did not prove by clear and convincing evidence that he would not pose a danger or risk of flight in the interim. Defendant remains in the custody of the U.S. Marshal Service pending prompt transfer to the Eastern District of Michigan. (Tape #KYED–LEX__5–23–mj–5098–EBA_20230316_094725.) Signed by Magistrate Judge Edward B. Atkins. (JLM)cc: COR,USM,USP,D,EDMI (Entered: 03/16/2023) |
| 03/16/2023 | | CJA Appointment of Attorney for Richard Lee Nickerson, Jr. The Clerk ENTERED the representation and appointment in the eVoucher system for Benjamin D. Allen. (JLM) (Entered: 03/16/2023) |
| 03/16/2023 | 5 | CJA 23 Financial Affidavit by Richard Lee Nickerson, Jr (JLM) (Entered: 03/16/2023) |
| 03/16/2023 | 6 | WAIVER of Rule 5(c)(3) Hearings by Richard Lee Nickerson, Jr (JLM) (Entered: 03/16/2023) |
| 03/16/2023 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Richard Lee Nickerson, Jr. Defendant committed to District of Eastern District of Michigan. Signed by Magistrate Judge Edward B. Atkins on 3/16/23. (JLM)cc: COR,USM,USP (Entered: 03/16/2023) |
| 03/16/2023 | 8 | Notice FROM Kentucky Eastern TO Eastern District of Michigan(Detroit) of a Rule 5, Rule 32, or Rule 40 Appearance as to Richard Lee Nickerson, Jr. Your case number is: 22–cr–20122–01. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* cc: COR, USP, Finance (JLM) (Entered: 03/16/2023) |

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky ☑

AT LEXINGTON
Robert R. Carr
**CLERK U.S. DISTRICT COURT**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:23-mj-05098-MAS-1 |
| Richard Lee Nickerson, Jr. | ) | |
| | ) | Charging District's Case No.  22-cr-20122-01 |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*      Eastern District of Michigan      ☑ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☑     an identity hearing and production of the judgment, warrant, and warrant application.

~~a preliminary hearing.~~

~~a detention hearing.~~

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  3/16/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ben Allen
_____
*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky
**FILED**

for the

Eastern District of Kentucky ▾

MAR 16 2023

<table>
<tr><td>United States of America</td><td>)</td><td rowspan="6">AT LEXINGTON<br>Robert R. Carr<br>CLERK U.S. DISTRICT COURT</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>Richard Lee Nickerson, Jr.</td><td>)</td></tr>
</table>

United States of America

v.

Richard Lee Nickerson, Jr.

Case No.  5:23-mj-05098-MAS-1

Charging District's

*Defendant*

Case No.  22-cr-20122-01

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of Michican ___,

*(if applicable)* ___Detroit___ division.  The defendant may need an interpreter for this language:

_____.

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 3/16/2023

_____
*Judge's signature*

Edward B Atkins

_____
*Printed name and title*